1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PRAVANEH ALIZADEH and PARVA          No.  2:24-mc-0150 DAD DB
     PROPERTY MANAGEMENT LLC,
12

13                 Plaintiffs,            ORDER

14         v.

15   BANK OF AMERICA and UNITED
     STATES OF AMERICA, et al.,
16

17                 Defendants,

18

19        On April 2, 2024, plaintiffs, proceeding through counsel, filed a motion to quash a

20   summons issued by the Internal Revenue Service pursuant to 26 U.S.C. § 7609.  (ECF No. 1-1.)

21   The motion was noticed for hearing before the undersigned on June 14, 2024, pursuant to Local

22   Rule 302(c)(10).  On May 20, 2024, defendant United States of America filed a motion to

23   summarily deny plaintiffs' motion to quash and noticed it for hearing before the undersigned on

24   June 28, 2024.  (ECF No. 4.)  Plaintiffs, however, failed to file a timely opposition or statement of

25   non-opposition to defendants' motion in violation of Local Rule 230(c).

26        Accordingly, on June 7, 2024, the undersigned issued plaintiffs an order to show cause.

27   (ECF No. 5.)  Plaintiffs were ordered to "show cause in writing as to why this case should not be

28   dismissed for lack of prosecution."  Id. at 2.  Moreover, because it appeared that plaintiffs may

                                            1

1    have previously brought similar actions—see Alizadeh v. CitiBank USA N.A., No. 2:24-mc-0043

2    DAD AC, 2024 WL 1722419 (E.D. Cal. Apr. 19, 2024); Alizadeh v. MUFG Union Bank N.A.,

3    No. 2:23-mc-0122 DAD AC, 2023 WL 3721104, at *2 (E.D. Cal. May 30, 2023)—plaintiffs'

4    counsel was directed to "address any prior motions brought by plaintiffs raising similar arguments

5    as those raised here."  (ECF No. 5 at 2.)

6         On June 17, 2024, plaintiffs filed an opposition to defendant's motion to summarily deny

7    plaintiffs' petition to quash.  (ECF No. 6.)  This filing by plaintiffs' counsel does not address any

8    of the prior actions brought by plaintiffs.  Nor does it address why plaintiffs failed to timely file

9    an opposition.

10        Accordingly, IT IS HEREBY ORDERED that:

11        1.  Plaintiffs' counsel show cause in writing within fourteen days of the date of this order

12   as to why plaintiffs' counsel should not be sanctioned for failing to comply with an order of this

13   court;

14        2.  Any response by plaintiffs' counsel shall address: (1) the cause of plaintiffs' failure to

15   timely file an opposition; and (2) any prior action involving a plaintiff raising arguments similar

16   to those raised here and how that prior action was resolved;

17        3.  Defendant shall file a response to plaintiffs' counsel's filing within fourteen days

18   thereafter;

19        4.  The June 28, 2024 hearing of plaintiffs' motion to quash (ECF No. 1) and defendant's

20   motion to summarily deny (ECF No. 4) are continued to **Friday, August 30, 2024, at 10:00 a.m**.,

21   at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27,

22   and;

23        5.  Plaintiffs are cautioned that the failure to timely comply with this order may result in

24   the recommendation that this case be dismissed.

25   Dated:  June 25, 2024

26

27   DLB:6
     DB/orders/orders.civil/alizadeh.osc2.cont.hrg

28                                                    DEBORAH BARNES
                                                      UNITED STATES MAGISTRATE JUDGE

                                                      2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28