UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVA PROPERTY MANAGEMENT LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA N.A., et al.,<br><br>Defendants. | No. 2:24-mc-00150-DAD-SCR<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO QUASH, AND GRANTING DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. Nos. 1, 4, 17) |

On April 2, 2024, plaintiffs initiated this action by filing a motion to quash service of summons issued by the United States Internal Revenue Service ("IRS") to plaintiff's bank, Bank of America N.A. (Doc. No. 1.) This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 12, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiffs' motion to quash be summarily denied and this case be closed. (Doc. No. 17.) In particular, the magistrate judge found that plaintiffs were not entitled to notice of the collection summons in this case because it was issued in aid of the collection of an assessment made by the IRS, and that therefore plaintiffs did not have standing to challenge the summons. (*Id.* at 4); *see* 26 U.S.C. § 7609 (recognizing persons who are entitled to notice of summons to "have the right to begin a proceeding to quash such summons"). For the

1

same reasons, the magistrate judge also recommended that defendant United States's motion for summary dismissal of plaintiff's motion to quash service (Doc. No. 4) be granted. (Doc. No. 17 at 5.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5–6.) To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on November 12, 2024 (Doc. No. 17) are adopted in full;
2. Plaintiffs' motion to quash (Doc. No. 1) is denied;
3. Defendant United States's motion for summary dismissal (Doc. No. 4) is granted;
4. This action is dismissed; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 14, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE